## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
STEWART, LISA F § Case No. 09-30636
STEWART, CRAIG A §
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        CLERK OF THE U.S. BANKRUPTCY COURT
        219 S. DEARBORN STREET
        CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 05/30/2013 in Courtroom 240,
        United States Courthouse
        Old Kane County Courthouse
        100 S. Third Street, Geneva, IL  60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: _____

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| STEWART, LISA F | § | Case No. 09-30636 |
| STEWART, CRAIG A | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 68,717.86 |
| and approved disbursements of | $ | 49,417.07 |
| leaving a balance on hand of[1] | $ | 19,300.79 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THOMAS E. SPRINGER, TRUSTEE | $ 6,685.89 | $ 0.00 | $ 6,685.89 |
| Attorney for Trustee Fees: Thomas E. Springer | $ 6,015.00 | $ 0.00 | $ 6,015.00 |
| Accountant for Trustee Fees: Alan S. Horewitch, CPA | $ 2,547.50 | $ 0.00 | $ 2,547.50 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 31.83 | $ 31.83 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 15,248.39 |
| Remaining Balance | $ 4,052.40 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 270,330.68 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | Marion Stewart | $ 270,330.68 | $ 0.00 | $ 4,052.40 |

Total to be paid to priority creditors      $      4,052.40

Remaining Balance      $      0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 103,835.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | $ 27,363.02 | $ 0.00 | $ 0.00 |
| 2 | Chase Bank USA, N.A. | $ 24,009.73 | $ 0.00 | $ 0.00 |
| 3 | Chase Bank USA, N.A. | $ 6,136.39 | $ 0.00 | $ 0.00 |
| 4 | Chase Bank USA, N.A. | $ 10,048.21 | $ 0.00 | $ 0.00 |
| 5 | Advantage Assets,Inc | $ 4,175.12 | $ 0.00 | $ 0.00 |
| 6 | Fia Card Services, NA/Bank of America | $ 11,692.36 | $ 0.00 | $ 0.00 |
| 7 | Fia Card Services, NA/Bank of America | $ 20,410.85 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 0.00 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Thomas E. Springer
Trustee

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 09-30636-CAD
Lisa F Stewart                                                        Chapter 7
Craig A Stewart
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: lkorotko             Page 1 of 3           Date Rcvd: May 06, 2013
                              Form ID: pdf006            Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2013.
```
db         #+Lisa F Stewart,    1518 Triple Crown Ct,    Saint Charles, IL 60174-5815
jdb        #+Craig A Stewart,    1518 Triple Crown Ct,    Saint Charles, IL 60174-5815
aty         +Colleen M McLaughlin,    Law Offices of Colleen M. McLaughlin,    1751 S Naperville,    Suite 209,
              Wheaton, IL 60189-5896
14341853    +Advanced Pain & Anestheisa PC,    2198 Paysphere Circle,    Chicago, IL 60674-0021
15136235    +Advantage Assets,Inc,    7322 Southwest Frwy,Suite 1600,    Houston, TX 77074-2134
14341854    +Aes/chase Bank,    1200 N 7th St,    Harrisburg, PA 17102-1419
14341855    +Bank Of America,    Attn: Bankruptcy NC4-105-02-77,    Po Box 26012,    Greensboro, NC 27420-6012
14341857    +Bank One/Chase,    8333 Ridgepoint Dr,    Irving, TX 75063-5812
14341858   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,
              Norcross, GA 30091)
14341859    +Capital One, N.a.,    2730 Liberty Ave,    Pittsburgh, PA 15222-4704
14341860    +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
14341863    +Chase,    Attn: Bankruptcy Dept,    Po Box 100018,    Kennesaw, GA 30156-9204
14892703     Chase Bank USA, N.A.,     PO Box 15145,    Wilmington, DE 19850-5145
14638646     Children's Memorial Hospital,     75 Remittance Drive, Ste.92611,    Chicago, IL 60675-2611
14341864    +Countrywide Home Lending,    Attention: Bankruptcy SV-314B,    Po Box 5170,
              Simi Valley, CA 93062-5170
14638647     Delnor Community Hospital,    Payment Prcoessing Center,    Po Box 88055,    Chicago, IL 60680-1055
14461028    +Dennis Brebner & Associates,    860 Northpoint Blvd,    Waukegan, IL 60085-8211
14341866    +GC Services Limited Partnership,    Collection Agency Division,    6330 Gulfton,
              Houston, TX 77081-1108
14638648     Genesis Orthopedics & Sports Medici,    Po Box 479,    Winfield,IL 60190-0479
14638649     Kurt W. Raack, MS,DDS,PC,    2700 Les;omger Rpad, Ste A,    Geneva, IL 60134
14341868    +Ltd Financial Services,    7322 Southwest Freeway STe 1600,    Houston, TX 77074-2134
17510443   #+Marion Stewart,    3N512 Curling Pond Ct,    Elburn,IL 60119-8852
14341869     Marion Stewart,    Curling Pond Ct.,    Elburn, IL 60119
14638650    +Orthopedic & Spine Surgery Assoc.,    2350 Royal Blvd.,    Suite 200,    Elgin, IL 60123-4718
14341870    +R & B Receivables Mana,    860 Northpoint Blv,    Waukegan, IL 60085-8201
14341871    +Stith Oral & Maxillofacial Surgery,    1131 Randall Court,    Geneva, IL 60134-3911
14461029    +Valley Emergency Care,    Po Box 9030,    Wheeling, IL 60090-9030
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14341865    +E-mail/PDF: mrdiscen@discoverfinancial.com May 07 2013 06:32:52      Discover Fin Svcs Llc,
              Po Box15316,    Wilmington, DE 19850-5316
15226770     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 07 2013 03:16:28
              Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
              Oklahoma City, OK   73124-8809
                                                                                              TOTAL: 2
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Dorothy O'Brien
aty          Thomas E. Springer
14341856*   +Bank Of America,    Attn: Bankruptcy NC4-105-02-77,    Po Box 26012,    Greensboro, NC 27420-6012
14341861*   +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
14341862*   +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
14341867   ##+Hsbc Best Buy,    Attn: Bankruptcy,    Po Box 6985,    Bridge Water, NJ 08807-0985
                                                                                      TOTALS: 2, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: lkorotko              Page 2 of 3            Date Rcvd: May 06, 2013
                              Form ID: pdf006             Total Noticed: 29

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 08, 2013**                    **Signature:**         _Joseph Speetjens_

```
District/off: 0752-1          User: lkorotko            Page 3 of 3              Date Rcvd: May 06, 2013
                              Form ID: pdf006           Total Noticed: 29
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2013 at the address(es) listed below:

    James A Young   on behalf of Joint Debtor Craig A Stewart jyoung@youngbklaw.com, Sarai@youngbklaw.com;ylara@youngbklaw.com

    James A Young   on behalf of Debtor Lisa F Stewart jyoung@youngbklaw.com, Sarai@youngbklaw.com;ylara@youngbklaw.com

    Michael J Kalkowski   on behalf of Creditor   U.S. Bank National Association as Trustee mkalkowski@fisherandshapirolaw.com, BK_IL_Notice@fisherandshapirolaw.com

    Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov

    Thomas E Springer   on behalf of Trustee Thomas E Springer tspringer@springerbrown.com, tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com

    Thomas E Springer   on behalf of Accountant Alan  Horewitch tspringer@springerbrown.com, tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com

    Thomas E Springer   tspringer@springerbrown.com, tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com

    TOTAL: 7