# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| STEWART, LISA F | § | Case No. 09-30636 |
| STEWART, CRAIG A | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on             .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/THOMAS E. SPRINGER, TRUSTEE _____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank One/Chase 8333 Ridgepoint Dr Irving, TX 75063 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Countrywide Home Lending Attention: Bankruptcy SV-314B Po Box 5170 Simi Valley, CA 93062 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| THOMAS E. SPRINGER | | | | | |
| COLLEEN MCLAUGHLIN | | | | | |
| DOROTHY O'BRIEN | | | | | |
| ALAN S. HOREWITCH, CPA | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FEDERAL WITHHOLDING | | | | | |
| IL STATE WITHHOLDING TAXES | | | | | |
| MEDICARE WITHHOLDING | | | | | |
| OASDI | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Marion Stewart Curling Pond Ct. Elburn, IL 60119 | | | | | |
| 8 | Marion Stewart | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanced Pain & Anestheisa PC 2198 Paysphere Circle Chicago, IL 60674 | | | | | |
| | Aes/chase Bank 1200 N 7th St Harrisburg, PA 17102 | | | | | |
| | Bank Of America Attn: Bankruptcy NC4-105-02-77 Po Box 26012 Greensboro, NC 27410 | | | | | |
| | Bank Of America Attn: Bankruptcy NC4-105-02-77 Po Box 26012 Greensboro, NC 27410 | | | | | |
| | Capital 1 Bank Attn: C/O TSYS Debt Management Po Box 5155 Norcross, GA 30091 | | | | | |
| | Capital One, N.a. 2730 Liberty Ave Pittsburgh, PA 15222 | | | | | |
| | Chase Attn: Bankruptcy Dept Po Box 100018 Kennesaw, GA 30156 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Discover Fin Svcs Llc Po Box15316 Wilmington, DE 19850 | | | | | |
| | Hsbc Best Buy Attn: Bankruptcy Po Box 6985 Bridge Water, NJ 08807 | | | | | |
| | Ltd Financial Services 7322 Southwest Freeway STe 1600 Houston, TX 77074 | | | | | |
| | R & B Receivables Mana 860 Northpoint Blv Waukegan, IL 60085 | | | | | |
| | Stith Oral & Maxillofacial Surgery 1131 Randall Court Geneva, IL 60134 | | | | | |
| 5 | Advantage Assets,inc | | | | | |
| 1 | Chase Bank Usa, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Chase Bank Usa, N.A. | | | | | |
| 3 | Chase Bank Usa, N.A. | | | | | |
| 4 | Chase Bank Usa, N.A. | | | | | |
| 6 | Fia Card Services, Na/Bank Of Ameri | | | | | |
| 7 | Fia Card Services, Na/Bank Of Ameri | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 09-30636   CAD   Judge: Carol A. Doyle | |
| Case Name: | STEWART, LISA F | |
| | STEWART, CRAIG A | |
| For Period Ending: | 07/12/13 | |

| | |
|---|---|
| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Date Filed (f) or Converted (c): | 08/20/09 (f) |
| 341(a) Meeting Date: | 09/22/09 |
| Claims Bar Date: | 03/15/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Location: 1518 Triple Crown Ct, Saint Charles IL | 446,000.00 | 0.00 | | 0.00 | FA |
| 2. Charter One Checking Account | 200.00 | 0.00 | | 0.00 | FA |
| 3. Charter One Savings Account | 100.00 | 0.00 | | 0.00 | FA |
| 4. Misc household furniture & appliances: TV, washer,<br>    dryer, stove, refrigerator, beds, lamps, sofas,<br>    chairs, dressers, bicycle | 2,200.00 | 0.00 | | 0.00 | FA |
| 5. Personal books and pictures | 150.00 | 0.00 | | 0.00 | FA |
| 6. Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 7. 2001 Mercedes E 320 | 7,700.00 | 0.00 | | 0.00 | FA |
| 8. 2001 Chrysler Town & Country Mini Van 54,000 miles | 4,025.00 | 0.00 | | 0.00 | FA |
| 9. Lawsuit Stewart v. American Bank and Trust, (u)<br>    Craig Stewart's Lawsuit<br>    Listed on Debtors' Amended Schedules | Unknown | 62,500.00 | | 62,500.00 | FA |
| 10. Post-Petition Interest Deposits (u) | Unknown | N/A | | 6,017.86 | Unknown |
| 11. Tax refund-State of Illinois (u) | 200.00 | 200.00 | | 200.00 | FA |
| 12. Tax refund-Federal (u) | 6,016.00 | 6,016.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $466,691.00 | $68,716.00 | | $68,717.86 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee preparing Final Fee applications for Counsel and  Accountant and preparing Final Report.

Initial Projected Date of Final Report (TFR): 12/01/11          Current Projected Date of Final Report (TFR): 03/01/13

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| Case No: | 09-30636   CAD   Judge: Carol A. Doyle | |
| Case Name: | STEWART, LISA F | |
| | STEWART, CRAIG A | |

| | |
|---|---|
| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Date Filed (f) or Converted (c): | 08/20/09 (f) |
| 341(a) Meeting Date: | 09/22/09 |
| Claims Bar Date: | 03/15/10 |

FOR RAC

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   1

Exhibit 9

| Case No: | 09-30636  -CAD |
|---|---|
| Case Name: | STEWART, LISA F |
| | STEWART, CRAIG A |
| Taxpayer ID No: | *******0214 |
| For Period Ending: | 07/12/13 |

| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9320  CHECKING ACCOUNT |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/31/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 13,433.66 | | 13,433.66 |
| 09/28/12 | 10 | United States Treasury | Tax Refund | 1224-000 | 6,016.00 | | 19,449.66 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 7.82 | 19,441.84 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.39 | 19,429.45 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.98 | 19,417.47 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.37 | 19,405.10 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.85 | 19,376.25 |
| 02/26/13 | 100000 | International Surities, Ltd. | | 2300-000 | | 20.68 | 19,355.57 |
| | | Suite 420 | | | | | |
| | | 701 Poydra Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.02 | 19,329.55 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.76 | 19,300.79 |
| 06/07/13 | 100001 | THOMAS E. SPRINGER, TRUSTEE | Chapter 7 Compensation/Expense | 2100-000 | | 6,685.89 | 12,614.90 |
| | | 400 S. County Farm Road | | | | | |
| | | Suite 330 | | | | | |
| | | Wheaton, IL  60187 | | | | | |
| 06/07/13 | 100002 | Thomas E. Springer | Attorney for Trustee Fees (Trustee | 3110-000 | | 6,015.00 | 6,599.90 |
| | | 400 S. County Farm Road | | | | | |
| | | Suite 330 | | | | | |
| | | Wheaton, IL  60187 | | | | | |
| 06/07/13 | 100003 | Alan S. Horewitch, CPA | Accountant for Trustee Fees (Other | 3410-000 | | 2,547.50 | 4,052.40 |
| | | 2150 E. Lake Cook Road | | | | | |
| | | Suite 560 | | | | | |
| | | Buffalo Grove, IL 60089 | | | | | |
| 06/07/13 | 100004 | Marion Stewart | Claim 8, Payment 1.49905% | 5100-000 | | 4,052.40 | 0.00 |
| | | 1479 E. Marcus Court | | | | | |
| | | Park Ridge, IL  60068-1515 | | | | | |

| | | | | Page Subtotals | 19,449.66 | 19,449.66 | |

FORM 2                                                                                                  Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                      Exhibit 9

| | | | | |
|---|---|---|---|---|
| Case No: | 09-30636  -CAD | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | STEWART, LISA F | | Bank Name: | ASSOCIATED BANK |
| | STEWART, CRAIG A | | Account Number / CD #: | *******9320  CHECKING ACCOUNT |
| Taxpayer ID No: | *******0214 | | | |
| For Period Ending: | 07/12/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 19,449.66 | 19,449.66 | 0.00 |
| | | Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 13,433.66 | 0.00 | |
| | | | | Subtotal | 6,016.00 | 19,449.66 | |
| | | Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
| | | | | Net | 6,016.00 | 19,449.66 | |

Page Subtotals                                            0.00                0.00

Ver: 17.02d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-30636  -CAD |
| Case Name: | STEWART, LISA F |
| | STEWART, CRAIG A |
| Taxpayer ID No: | *******0214 |
| For Period Ending: | 07/12/13 |

| | |
|---|---|
| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******0915  MONEY MARKET |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/08/11 | 9 | American Bank & Trust | Net Settlement proceeds | | 13,439.56 | | 13,439.56 |
| | | Davenport, IA 52807 | Proceeds represent net figure after attorney fees and | | | | |
| | | | withholding pursuant to court order allowing same. | | | | |
| | | | Memo Amount:        62,500.00 | 1229-000 | | | |
| | | | Gross settlement | | | | |
| | | COLLEEN MCLAUGHLIN | Memo Amount:    (    37,662.74 ) | 3210-600 | | | |
| | | | Special Counsel fees/McLaughlin | | | | |
| | | DOROTHY O'BRIEN | Memo Amount:    (     1,905.00 ) | 3210-600 | | | |
| | | | Special Counsel fees/O'Brien | | | | |
| | | FEDERAL WITHHOLDING | Memo Amount:    (     7,050.42 ) | 6950-720 | | | |
| | | | Federal withholding taxes | | | | |
| | | OASDI | Memo Amount:    (       963.15 ) | 6950-720 | | | |
| | | | OASDI (withholding taxes) | | | | |
| | | MEDICARE WITHHOLDING | Memo Amount:    (       332.52 ) | 6950-720 | | | |
| | | | Medicare withholding | | | | |
| | | IL STATE WITHHOLDING TAXES | Memo Amount:    (     1,146.61 ) | 6950-720 | | | |
| | | | IL state withholding taxes | | | | |
| 04/26/11 | 000100 | INTERNATIONAL SURETIES, LTD. | Portion on Blanket Bond #016026455 | 2300-000 | | 11.15 | 13,428.41 |
| | | SUITE 420 | | | | | |
| | | 701 POYDRAS STREET | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 04/29/11 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 13,428.47 |
| 05/31/11 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.12 | | 13,428.59 |
| 06/30/11 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.11 | | 13,428.70 |
| 07/29/11 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.11 | | 13,428.81 |
| 08/31/11 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.12 | | 13,428.93 |
| 09/30/11 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.11 | | 13,429.04 |
| 10/31/11 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.11 | | 13,429.15 |

|  | | | Page Subtotals | | 13,440.30 | 11.15 | |

Ver: 17.02d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-30636  -CAD |
| Case Name: | STEWART, LISA F |
| | STEWART, CRAIG A |
| Taxpayer ID No: | *******0214 |
| For Period Ending: | 07/12/13 |

| | |
|---|---|
| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******0915  MONEY MARKET |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 17.11 | 13,412.04 |
| 11/30/11 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.11 | | 13,412.15 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 16.54 | 13,395.61 |
| 12/30/11 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.11 | | 13,395.72 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 16.52 | 13,379.20 |
| 01/31/12 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.12 | | 13,379.32 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 17.55 | 13,361.77 |
| 02/15/12 | 000101 | INTERNATIONAL SURETIES, LTD. | Blanket Bond ; Bond #016026455 | 2300-000 | | 13.30 | 13,348.47 |
| | | SUITE 420 | | | | | |
| | | 701 POYDRAS STREET | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 02/29/12 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.11 | | 13,348.58 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 15.88 | 13,332.70 |
| 03/30/12 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.11 | | 13,332.81 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 16.39 | 13,316.42 |
| 04/30/12 | 10 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.11 | | 13,316.53 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 16.92 | 13,299.61 |
| 05/31/12 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.11 | | 13,299.72 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 16.90 | 13,282.82 |
| 06/29/12 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.11 | | 13,282.93 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 15.79 | 13,267.14 |
| 07/31/12 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.12 | | 13,267.26 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 17.40 | 13,249.86 |
| 08/24/12 | 11 | Judy Baar Topinka | Tax Refund | 1224-000 | 200.00 | | 13,449.86 |
| | | on the Treasurer of the State of IL | | | | | |
| 08/31/12 | 10 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.11 | | 13,449.97 |
| 08/31/12 | | BANK OF AMERICA | BANK FEES | 2600-000 | | 16.31 | 13,433.66 |
| | | 901 MAIN STREET | | | | | |
| | | 10TH FLOOR | | | | | |

Page Subtotals　　　201.12　　　196.61

Ver: 17.02d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

FORM 2

Page:    5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-30636  -CAD | |
| Case Name: | STEWART, LISA F | |
| | STEWART, CRAIG A | |
| Taxpayer ID No: | *******0214 | |
| For Period Ending: | 07/12/13 | |

| | |
|---|---|
| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******0915  MONEY MARKET |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/31/12 | | DALLAS, TX  75283 Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 13,433.66 | 0.00 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 62,500.00 | COLUMN TOTALS | 13,641.42 | 13,641.42 | 0.00 |
| Memo Allocation Disbursements: | 49,060.44 | Less: Bank Transfers/CD's | 0.00 | 13,433.66 | |
| | | Subtotal | 13,641.42 | 207.76 | |
| Memo Allocation Net: | 13,439.56 | Less: Payments to Debtors | 0.00 | | |
| | | Net | 13,641.42 | 207.76 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 62,500.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 49,060.44 | CHECKING ACCOUNT - *******9320 | 6,016.00 | 19,449.66 | 0.00 |
| | | MONEY MARKET - *******0915 | 13,641.42 | 207.76 | 0.00 |
| Total Memo Allocation Net: | 13,439.56 | | | | |
| | | | 19,657.42 | 19,657.42 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          13,433.66

Ver: 17.02d